IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHRISTOPHER RUSSELL, | * |
| Plaintiff, | * |
| vs. | * |
| RALPH JOHNSON, et al., | * CASE NO. 4:07-CV-119 (CDL) |
| Defendants. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the reports and recommendations filed by the United States Magistrate Judge on December 10 and December 18, 2007 are hereby approved, adopted, and made the Orders of the Court.

IT IS SO ORDERED, this 4th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE